McGREGOR W. SCOTT
United States Attorney
MATTHEW R. BELZ
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2758
Facsimile: (916) 554-2900

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA and STATE OF CALIFORNIA, *ex rel.* SUSAN CHONG and DOUGLAS EDWARDS,<br><br>Plaintiffs,<br><br>v.<br><br>TRINA HEALTH, LLC, GREGORY FORD GILBERT, MEDICAL REVENUE EXPERTS, SANDRA BACCA, VALLEY PERINATAL SPECIALISTS, CORNERSTONE FAMILY MEDICINE, ALLEN FAMILY MEDICINE, TRINA HEALTH OF ARIZONA, TRINA HEALTH OF BIRMINGHAM, TRINA HEALTH OF DALLAS, APT FAIRHOPE LLC d/b/a TRINA HEALTH OF FAIRHOPE, APT FOLEY LLC, ADVANCE METABOLISM CARE ASSOCIATES, TRINA HEALTH OF LAS VEGAS, HEALING ARTS UNLIMITED OF TENNESSEE LLC d/b/a TRINA HEALTH OF MEMPHIS, TRINA HEALTH OF MIAMI, TRINA HEALTH OF MONTANA, TRINA HEALTH OF NEWPORT BEACH, TRINA HEALTH-OKLAHOMA CITY, TRINA HEALTH TYLER d/b/a TRINA HEALTH CARE CENTER OF TYLER LLC, TRINA HEALTH-WICHITA N.W. LLC d/b/a TRINA HEALTH OF WICHITA, TRINA HEALTH WEST LOS ANGELES LLC, TRINA HEALTH OF BOONEVILLE INC., TRINA HEALTH OF LAKE CHARLES, JAMES A. NOVAK, MD, FAMILY MEDICINE, and DOES 1-50,<br><br>Defendants. | CASE NO: 2:18-CV-0739 TLN KJN<br><br>**ORDER** |

ORDER                                     1

The United States has declined to intervene in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B).  Accordingly, the Court rules as follows:

IT IS ORDERED that,

1. The complaint be unsealed and served upon the defendants by the relators;

2. All other contents of the Court's file in this action remain under seal and not be made public or served upon the defendants, except for this Order and The Government's Notice of Election to Decline Intervention, which the relators will serve upon the defendants only after service of the complaint;

3. The seal be lifted as to all other matters occurring in this action after the date of this Order;

4. The parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3).  The United States may order any deposition transcripts and is entitled to intervene in this action, for good cause, at any time;

5. The parties shall serve all notices of appeal upon the United States;

6. All orders of this Court shall be sent to the United States; and that

7. Should the relators or the defendants propose that this action be dismissed, settled, or otherwise discontinued, the Court will provide the United States with notice and an opportunity to be heard before ruling or granting its approval.

IT IS SO ORDERED.

DATED:  January 11, 2021

Troy L. Nunley
United States District Judge