XAVIER BECERRA
Attorney General of California
VINCENT DICARLO
Supervising Deputy Attorney General
JENNIFER S. GREGORY (SBN: 228593)
Deputy Attorney General
E-mail: Jennifer.Gregory@doj.ca.gov
2329 Gateway Oaks Drive, Suite 200
Sacramento, CA 95833-4252
Telephone: (916) 621-1823
Fax: (916) 274-2929

*Attorneys for State of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA and STATE OF CALIFORNIA, *ex rel.* SUSAN CHONG and DOUGLAS EDWARDS,<br><br>Plaintiffs,<br><br>v.<br><br>TRINA HEALTH, LLC, GREGORY FORD GILBERT, MEDICAL REVENUE EXPERTS, SANDRA BACCA, VALLEY PERINATAL SPECIALISTS, CORNERSTONE FAMILY MEDICINE, ALLEN FAMILY MEDICINE, TRINA HEALTH OF ARIZONA, TRINA HEALTH OF BIRMINGHAM, TRINA HEALTH OF DALLAS, APT FAIRHOPE LLC d/b/a TRINA HEALTH OF FAIRHOPE, APT FOLEY LLC, ADVANCE METABOLISM CARE ASSOCIATES, TRINA HEALTH OF LAS VEGAS, HEALING ARTS UNLIMITED OF TENNESSEE LLC d/b/a TRINA HEALTH OF MEMPHIS, TRINA HEALTH OF MIAMI, TRINA HEALTH OF MONTANA, TRINA HEALTH OF NEWPORT BEACH, TRINA HEALTH-OKLAHOMA CITY, TRINA HEALTH TYLER d/b/a TRINA HEALTH CARE CENTER OF TYLER LLC, TRINA HEALTH-WICHITA N.W. LLC d/b/a TRINA HEALTH OF WICHITA, TRINA HEALTH | 2:18-CV-0739 TLN KJN<br><br>**STATE OF CALIFORNIA'S NOTICE OF ELECTION TO DECLINE INTERVENTION** |

1  WEST LOS ANGELES LLC, TRINA HEALTH
   OF BOONEVILLE INC., TRINA HEALTH OF
2  LAKE CHARLES, JAMES A. NOVAK, MD,
3  
       FAMILY MEDICINE, and
4                        DOES 1-50,

5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Pursuant to the California False Claims Act, California Government Code section 12652, subdivision (c)(6)(B), the State of California ("California"), by and through its counsel, Xavier Becerra, Attorney General, and Jennifer S. Gregory, Deputy Attorney General, respectfully notifies the Court of its decision to decline intervention in the above-captioned action.

Although California declines to intervene, California requests that should either the *qui tam* Plaintiff or any of the Defendants propose that this action be dismissed, settled, or otherwise discontinued, this Court solicit California's written consent before ruling or granting its approval.

Pursuant to California Government Code section 12652, subsection (f)(1), California also requests that, should this case continue, the parties serve copies of all pleadings, motions, and appeals subsequently filed in this action upon California, and California further reserves the right to order any deposition transcripts, to intervene in the action for good cause shown at a later date, and/or to seek the dismissal of the *qui tam* Plaintiff's action or claims. California also requests that it be served with all notices of appeal.

Finally, California requests the *qui tam* Plaintiff's Complaint, any amended Complaints, this Notice, and the attached proposed Order be unsealed. California also requests that all other materials in the Court's file (including, but not limited to, any hearing transcripts, applications for an extension of time in which to intervene or for any other reason) remain under seal and not be made public or served on *qui tam* Plaintiff or Defendants because, in discussing the content and extent of the California's investigation, such papers are provided by law to the Court alone for the sole purpose of evaluating whether the seal and time for making an election to intervene should be extended.

///
///
///
///
///
///
///

1 |     A proposed Order accompanies this Notice.

2 | Dated: January 11, 2021          Respectfully submitted,

XAVIER BECERRA
Attorney General of California

*/s/ Jennifer S. Gregory*

JENNIFER S. GREGORY
Deputy Attorney General
*Attorneys for Plaintiff State of California*

State of California's Notice of Election to Decline Intervention  (2:18-CV-0739 TLN KJN)