XAVIER BECERRA
Attorney General of California
VINCENT DICARLO
Supervising Deputy Attorney General
JENNIFER S. GREGORY (SBN: 228593)
Deputy Attorney General
E-mail: Jennifer.Gregory@doj.ca.gov
2329 Gateway Oaks Drive, Suite 200
Sacramento, CA 95833-4252
Telephone: (916) 621-1823
Fax: (916) 274-2929

*Attorneys for State of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA and STATE OF CALIFORNIA, *ex rel.* SUSAN CHONG and DOUGLAS EDWARDS,<br><br>Plaintiffs,<br><br>v.<br><br>TRINA HEALTH, LLC, GREGORY FORD GILBERT, MEDICAL REVENUE EXPERTS, SANDRA BACCA, VALLEY PERINATAL SPECIALISTS, CORNERSTONE FAMILY MEDICINE, ALLEN FAMILY MEDICINE, TRINA HEALTH OF ARIZONA, TRINA HEALTH OF BIRMINGHAM, TRINA HEALTH OF DALLAS, APT FAIRHOPE LLC d/b/a TRINA HEALTH OF FAIRHOPE, APT FOLEY LLC, ADVANCE METABOLISM CARE ASSOCIATES, TRINA HEALTH OF LAS VEGAS, HEALING ARTS UNLIMITED OF TENNESSEE LLC d/b/a TRINA HEALTH OF MEMPHIS, TRINA HEALTH OF MIAMI, TRINA HEALTH OF MONTANA, TRINA HEALTH OF NEWPORT BEACH, TRINA HEALTH-OKLAHOMA CITY, TRINA HEALTH TYLER d/b/a TRINA HEALTH CARE CENTER OF TYLER LLC, TRINA HEALTH-WICHITA N.W. LLC d/b/a TRINA HEALTH OF WICHITA, TRINA HEALTH | 2:18-CV-0739 TLN KJN<br><br>**ORDER ON STATE OF CALIFORNIA'S NOTICE OF ELECTION TO DECLINE INTERVENTION** |

1

1 | WEST LOS ANGELES LLC, TRINA HEALTH
2 | OF BOONEVILLE INC., TRINA HEALTH OF LAKE CHARLES, JAMES A. NOVAK, MD,
3 | FAMILY MEDICINE, and
4 | DOES 1-50,

2

The State of California ("California"), having declined to intervene in this action, and pursuant to California's False Claims Act, California Government Code section 12650, et seq., the Court rules as follows.

IT IS HEREBY ORDERED that:

1. All current contents of the Court's file in this action shall remain under seal and not be made public or served upon *qui tam* Plaintiff or the Defendants, except for the following documents: (1) *qui tam* Plaintiff's Complaint; (2) the summons, if any; (3) the Case Management Order; and, (4) this Order, which are hereby unsealed.

2. The *qui tam* Plaintiff shall serve the Complaint upon the Defendants.

3. The *qui tam* Plaintiff shall serve this Order and the accompanying Notice of Election to Decline Intervention upon the Defendants after service of the Complaint.

4. The seal shall be lifted as to all other matters occurring in this action after the date of this Order.

5. The parties shall serve all pleadings, motions, and appeals filed in this action, including supporting memoranda, upon California.

6. All orders of this Court shall be sent to California.

7. California may order any deposition transcripts, intervene at a later date for good cause shown, or move to dismiss *qui tam* Plaintiff's Complaint or claims.

Should the *qui tam* Plaintiff or any Defendant propose that this action be dismissed, settled, or otherwise discontinued, the Court will provide California with notice and an opportunity to be heard before ruling or granting its approval.

Date: January 11, 2021

_____
Troy L. Nunley
United States District Judge