1  McGREGOR W. SCOTT
   United States Attorney
2  MATTHEW R. BELZ
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2758
   Facsimile: (916) 554-2900
5
   Attorneys for the United States
6

7               IN THE UNITED STATES DISTRICT COURT

8                 EASTERN DISTRICT OF CALIFORNIA

9
   UNITED STATES OF AMERICA and STATE           CASE NO: 2:18-CV-0739 TLN KJN
10 OF CALIFORNIA, *ex rel.* SUSAN CHONG and
   DOUGLAS EDWARDS,                             **THE UNITED STATES' NOTICE OF**
11                                              **CONSENT TO DISMISSAL**
                  Plaintiffs,
12
        v.
13
   TRINA HEALTH, LLC, GREGORY FORD
14 GILBERT, MEDICAL REVENUE EXPERTS,
   SANDRA BACCA, VALLEY PERINATAL
15 SPECIALISTS, CORNERSTONE FAMILY
   MEDICINE, ALLEN FAMILY MEDICINE,
16 TRINA HEALTH OF ARIZONA, TRINA
   HEALTH OF BIRMINGHAM, TRINA
17 HEALTH OF DALLAS, APT FAIRHOPE LLC
   d/b/a TRINA HEALTH OF FAIRHOPE, APT
18 FOLEY LLC, ADVANCE METABOLISM
   CARE ASSOCIATES, TRINA HEALTH OF
19 LAS VEGAS, HEALING ARTS UNLIMITED
   OF TENNESSEE LLC d/b/a TRINA HEALTH
20 OF MEMPHIS, TRINA HEALTH OF MIAMI,
   TRINA HEALTH OF MONTANA, TRINA
21 HEALTH OF NEWPORT BEACH, TRINA
   HEALTH-OKLAHOMA CITY, TRINA
22 HEALTH TYLER d/b/a TRINA HEALTH
   CARE CENTER OF TYLER LLC, TRINA
23 HEALTH-WICHITA N.W. LLC d/b/a TRINA
   HEALTH OF WICHITA, TRINA HEALTH
24 WEST LOS ANGELES LLC, TRINA HEALTH
   OF BOONEVILLE INC., TRINA HEALTH OF
25 LAKE CHARLES, JAMES A. NOVAK, MD,
   FAMILY MEDICINE, and DOES 1-50,
26
                  Defendants.
27

28

                              1

On January 21, 2021, Relators filed a Notice of Voluntary Dismissal Without Prejudice of this action. Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(1), the United States hereby notifies the Court that the Attorney General consents to the dismissal of this action without prejudice to the rights of the United States, based on its determination that such a dismissal is commensurate with the public interest and that the matter does not warrant the continued expenditure of government resources to pursue or monitor the action based on currently available information.

A proposed order accompanies this notice.

Dated: January 27, 2021

                                    McGREGOR W. SCOTT
                                    United States Attorney

                                    */s/ Matthew R. Belz*
                                    MATTHEW R. BELZ
                                    Assistant United States Attorney

2

1  McGREGOR W. SCOTT
   United States Attorney
2  MATTHEW R. BELZ
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2758
   Facsimile: (916) 554-2900
5
   Attorneys for the United States
6

7                IN THE UNITED STATES DISTRICT COURT

8                    EASTERN DISTRICT OF CALIFORNIA

9
   UNITED STATES OF AMERICA and STATE           CASE NO: 2:18-CV-0739 TLN KJN
10 OF CALIFORNIA, *ex rel.* SUSAN CHONG and
   DOUGLAS EDWARDS,                             **ORDER**
11
                  Plaintiffs,
12
        v.
13
   TRINA HEALTH, LLC, GREGORY FORD
14 GILBERT, MEDICAL REVENUE EXPERTS,
   SANDRA BACCA, VALLEY PERINATAL
15 SPECIALISTS, CORNERSTONE FAMILY
   MEDICINE, ALLEN FAMILY MEDICINE,
16 TRINA HEALTH OF ARIZONA, TRINA
   HEALTH OF BIRMINGHAM, TRINA
17 HEALTH OF DALLAS, APT FAIRHOPE LLC
   d/b/a TRINA HEALTH OF FAIRHOPE, APT
18 FOLEY LLC, ADVANCE METABOLISM
   CARE ASSOCIATES, TRINA HEALTH OF
19 LAS VEGAS, HEALING ARTS UNLIMITED
   OF TENNESSEE LLC d/b/a TRINA HEALTH
20 OF MEMPHIS, TRINA HEALTH OF MIAMI,
   TRINA HEALTH OF MONTANA, TRINA
21 HEALTH OF NEWPORT BEACH, TRINA
   HEALTH-OKLAHOMA CITY, TRINA
22 HEALTH TYLER d/b/a TRINA HEALTH
   CARE CENTER OF TYLER LLC, TRINA
23 HEALTH-WICHITA N.W. LLC d/b/a TRINA
   HEALTH OF WICHITA, TRINA HEALTH
24 WEST LOS ANGELES LLC, TRINA HEALTH
   OF BOONEVILLE INC., TRINA HEALTH OF
25 LAKE CHARLES, JAMES A. NOVAK, MD,
   FAMILY MEDICINE, and DOES 1-50,
26
                  Defendants.
27

28

The Relators, having filed a Notice of Voluntary Dismissal Without Prejudice of this action, and the United States, having filed its Notice of Consent to Dismissal pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(1), the Court rules as follows:

IT IS ORDERED that, this action is dismissed without prejudice as to the United States.

This _____ day of _____, 2021.

_____

_____
United States District Judge